3:26-mj-00148

DISTRICT OF OREGON, ss:          AFFIDAVIT OF GARY PHILLIPS

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Gary Phillips, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been for over 17 years.  During my tenure with the FBI, I have participated in numerous investigations, during which I have, among other things: (a) conducted physical and electronic surveillance, (b) executed search warrants, and (c) reviewed and analyzed stored electronic conversations and records. As part of my duties, I investigate violations of federal law, including the online exploitation of children, and including violations pertaining to the illegal production, transportation, receipt, distribution, and possession, of child pornography, in violation of Title 18 U.S.C. §§ 2251, 2252, and 2252A.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for **Ezra Tobias Post**, for possession or access with the intent to view child pornography in violation of Title 18 U.S.C. 2252A(a)(5)(B). As set forth below, there is probable cause to believe, and I do believe, that Ezra Tobias Post knowingly possessed with the intent to view child pornography in violation of Title 18 U.S.C. 2252A(a)(5)(B).

**Applicable Law**

3.      Title 18 U.S.C. 2252A(a)(5)(B) makes it unlawful for any person to knowing possess or access with intent to view any child pornography that had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, or in or affecting

**Affidavit of Gary Phillips**                                                                **Page 1**

interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

4.    The term "child pornography" is defined in 18 U.S.C. § 2256(8) as any visual depiction of a minor engaging in sexually explicit conduct.  The term "sexually explicit conduct" is defined in 18 U.S.C. § 2256(2) as actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or the lascivious exhibition of the anus, genitals, or pubic area of any person.  The term "minor" is defined in 18 U.S.C. § 2256(1) as any person under the age of 18 years.

**Statement of Probable Cause**

5.    On May 17, 2026, the Warm Springs Police Department (hereinafter "WSPD") responded to a call for service at the homeless shelter, located in the vicinity of 1115 Autumn Avenue, Warm Springs, Oregon. On arrival, WSPD officers encountered Witness-1 (hereinafter "W-1") who identified himself and said that he and Witness-2 (hereinafter "W-2") belonged to a group called Predator Poachers Washington (hereinafter "PPW"). W-1 had traveled to the Warm Springs Indian Reservation to confront an individual later identified as Ezra Tobias POST (hereinafter "POST"), and enrolled member of the Confederated Tribes of the Warm Springs.

6.    Open-source research describes PPW as the Washington state chapter of "Predator Poachers," a nationwide network of vigilante activist groups. Predator Poachers use decoy profiles to pose as minors on social media and chat apps to bait, confront, and publicly shame adults who attempt to meet with children.

**Affidavit of Gary Phillips**                                                                                    **Page 2**
                                                                                                                    **Rev. April 2018**

7.    W-1 told WSPD officers that POST had been communicating online with two decoy accounts operated by PPW. W-1 stated that both accounts were of young females, and early in the communications with POST, each had disclosed that they were 13 years old. POST had sent one of the decoy accounts a picture of an erect penis.

8.    W-1 informed WSPD officers that W-2 was currently inside the hut with POST talking with him, and that the interview was being live-streamed on the internet.

9.    WSPD officers spoke with W-2, who told the officers that during W-2's interview with POST, POST had admitted to communicating with accounts that POST believed were underaged females. W-2 also told WSPD that POST may have child sexual abuse material (hereinafter "CSAM") on his mobile telephone, and that he may have downloaded it from Telegram on an account associated with telephone number (XXX) XXX-4881.

10.    W-2 provided WSPD officers with printed copies of communications purported to be from POST with the two decoy accounts. WSPD officers reviewed the printed copies and observed that both accounts had told POST that they were 13 years old early in the conversation, and POST continued to communicate with them. It appeared that POST had sent one of the accounts a photograph of an erect penis.

11.    WSPD officers then made contact with POST, who expressed suicidal ideations. WSPD officers transported POST to the WSPD main office and interviewed him. Prior to the start of the interview, WSPD officers advised POST of his Miranda rights, and asked if he wanted to speak with them. POST agreed to be interviewed by the WSPD officers. POST admitted to communicating with underage females online. POST also admitted to having viewed CSAM when he was 25 or 26 years old. POST is currently 27 years old. POST downloaded the

**Affidavit of Gary Phillips**                                                                 **Page 3**

CSAM from Telegram using his mobile telephone. WSPD officers asked if there was CSAM on POST's current mobile telephone. POST said the CSAM would be on his old mobile telephone.

12.     WSPD officers seized POST's Samsung mobile telephone, which was later transferred to the custody of the FBI. POST was transported to the Saint Charles Madras Emergency Room for evaluation by WSPD officers, based on his statements about wanting to commit suicide.

13.     On May 22, 2026, WSPD officers returned to the hut assigned to POST at the homeless shelter. WSPD officers confirmed with a staff member that occupants of the huts at the shelter did not have an expectation of privacy, and that staff of the shelter and/or law enforcement could search their hut at any time. WSPD officers then searched the hut assigned to POST. During the search a black plastic bin with a padlock was found and seized. The black plastic bin was transferred to the custody of the FBI.

14.     On May 27, 2026, Detective Mitchell Meyer, Deschutes County Sheriff's Office (hereinafter "DCSO"), and I interviewed POST at the Sage View Psychiatric Center, located in Bend, Oregon. Prior to the start of the interview, I advised POST of his Miranda rights and asked if he would be willing to speak to us. POST agreed to speak with Detective Meyer and me.

15.     I asked POST if he had ever downloaded or viewed CSAM, to which POST responded yes. I asked POST what CSAM was, and POST explained that it was images of underage minors engaged in sex acts. I asked POST where he would get CSAM from, to which he replied that he would download it on his mobile telephone from "X" or Telegram.

16.     POST said he would view CSAM on average two to three times per week. POST would masturbate to CSAM every time he viewed it. POST said that he felt bad afterwards. POST understood that possessing CSAM was a crime, and POST expected that he would go to

**Affidavit of Gary Phillips**                                                                    **Page 4**

jail for it. POST preferred CSAM featuring female children of approximately middle school age. POST told Detective Meyer and affiant that he had viewed CSAM involving little kids and toddlers but usually scrolls past them.

17.    I informed POST that WSPD had searched his hut at the shelter, and found a black plastic bin with a padlock was also recovered during the same search. I asked POST if there would be any devices inside that contained CSAM. POST said that is laptop computer and his old mobile telephone, an Apple iPhone was inside and would likely have CSAM on them. Additionally, POST said that when his laptop computer's memory would become full, he would transfer CSAM to USB drives.

18.    I asked for POST's consent to search the black plastic bin and remove any devices that may contain CSAM. POST consented and provided me with his keys, that included a key to the padlock.

19.    After interviewing POST, I returned to the DCSO main office in Bend, Oregon, and searched the black plastic bin belonging to POST. During the search, I recovered a laptop computer, an Apple iPhone, and three USB drives. I transported those devices to the FBI Bend RA, in Bend, Oregon.

20.    On May 29, 2026, a search warrant, issued in the United States District Court, District of Oregon, signed by the Honorable Jolie A. Russo, United States Magistrate Judge, was executed on the digital devices seized from Post in FBI's custody.  During an initial review of the Sandisc Cruzerglide 16GB USB drive, FBI evidence item 1B-5, I observed three videos consistent with CSAM.

21.    The video "fwpromo.mp4" was approximately 1 minute and 52 seconds in length. It began with a small Asian female with her legs behind her head and her anus and vagina clearly

**Affidavit of Gary Phillips**                                      **Page 5**

visible. An adult male appears to lick the small Asian female's anus and vagina. The video then cuts to what appears to be a pre-pubescent female child who is completely naked. The video zooms into the pre-pubescent female child's vagina, which is plainly visible and appears to have white liquid consistent with ejaculate on and around it. An adult male then appears to begin to lick the pre-pubescent female child's vagina. The video then cuts to a different pre-pubescent female child lying on her back with her legs spread. Her pants are pulled down past her vagina, which is plainly visible. The pre-pubescent female child then fondles an erect penis which is a few inches away from the pre-pubescent female child's vagina. What appears to be an adult male then strokes the same penis, and the video cuts to what appears to be ejaculate is seen on and around the pre-pubescent female child's vagina. The video then cuts to several other small framed female individuals with their vaginas exposed. Their faces and chest was not visible. The video ends with a pre-pubescent female child lying naked on her back with her legs spread on what appears to be a bed. An off-screen individual inserts what appears to be an erect adult penis into the pre-pubescent female child's vagina.

22.     The video "pe74.mp4" was approximately 1 minute and 4 seconds in length. The video depicted a pre-pubescent female child taking off her clothes. The female child then rubs her vagina, which is plainly visible. The pre-pubescent female child is then seen lyning down on her back and inserting a cylindrical tube similar to a pen, into her vagina. The video then cuts back to the pre-pubescent female child rubbing her exposed chest and vagina.

23.     The video "v.mp4" was approximately 15 seconds in length. It begins depicting a naked young age questionable female with her vagina and anus pointed towards the camera. What appears to be a adult male hand and arm is then seen digitally penetrating the age questionable female's anus. The same age questionable female is then seen performing fellatio

**Affidavit of Gary Phillips**                                                                                      **Page 6**

on an erect penis, which ultimately ejaculates into the age questionable female's open mouth. The video then cuts to a pre-pubescent female child with a different age questionable young female, who both are naked, and appear to be in the back of a van.  Then the video cuts to the young age questionable female lying on her back with her legs spread and her vagina plainly visible and pointed towards the camera. The pre-pubescent female child is lying on top of her, in the same position, with her legs spread and her vagina plainly visible and pointed towards the camera.

24.     The other digital devices are currently undergoing a forensic examination, and the review is ongoing.

### Conclusion

25.     Based on the foregoing, I have probable cause to believe, and I do believe, that Ezra Tobias Post knowingly possessed with the intent to view child pornography in violation of Title 18 U.S.C. 2252A(a)(5)(B).  I therefore request that the Court issue a criminal complaint and arrest warrant for **Ezra Tobias Post**.

/ / /

/ / /

 / / /

/ / /

26.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Pamela Paaso, and AUSA Paaso advised me that in her opinion the affidavit and complaint are legally

**Affidavit of Gary Phillips**                                                                   **Page 7**

and factually sufficient to establish probable cause to support the issuance of the requested

criminal complaint and arrest warrant.

<div style="margin-left: 50%">

*By phone pursuant to Fed. R. Crim. P. 4.1*
Gary Phillips
Special Agent, FBI

</div>

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at

11:17 a.m. on June 2, 2026.

<div style="margin-left: 50%">

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

</div>